# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Murinko Jr., Francis Edward | Docket No. | 0980 2:16CR00210-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Patrick J. Dennis, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Francis Edward Murinko, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of December, 2016, under the following conditions:

**Condition #22**: Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the internet, including but not limited to cell phones with internet access. Should defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

**Condition #28**: The defendant shall participate in a program of GPS confinement. The defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest, and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home detention**: Defendant shall be restricted to his/her residence from **7 p.m. to 7 a.m.,** except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant accessed the Internet with a cell phone on or about January 17, 2017.

**Violation #2**: The defendant failed to wear, at all times, a GPS device under the supervision of U.S Probation since January 17, 2017.

**Violation #3**: The defendant failed to remain at his residence from 7 p.m. to 7 p.m. as directed on January 17, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   January 18, 2017 |
| | by | s/Patrick J. Dennis |
| | | Patrick J. Dennis
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge

_____
Signature of Judicial Officer

January 18, 2017
_____
Date